## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                : Chpt 13
**James H. Edwards, III**  :
                          : Bankruptcy No: 19-14211-mdc

## **O R D E R**

AND NOW, this __17th__ day of _____July_____ 2019, upon consideration of Debtors Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **August 5, 2019**, by which date all required documents must be filed.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE