United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14211-mdc
James H. Edwards, III                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1          Date Rcvd: Jul 17, 2019
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db              +James H. Edwards, III,   2022 68th Avenue,   Philadelphia, PA 19138-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor James H. Edwards, III akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **: Chpt 13** |
| **James H. Edwards, III** | **:** |
| | **: Bankruptcy No: 19-14211-mdc** |

## O R D E R

AND NOW, this __17th__ day of _____July_____ 2019, upon consideration of Debtors Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **August 5, 2019**, by which date all required documents must be filed.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE