**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 6/18/2019
**Period End:** 6/24/2019
**Pay Date:** 6/28/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09882

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $251.67 | $5,689.80 |
| **Totals:** | | | **$251.67** | **$5,689.80** |

| Payment Methods | | Current | Account/Check No. |
|---|---|---|---|
| Direct Deposit | | $251.67 | XXXXXXXXXX2016 |
| | **Total:** | **$251.67** | |

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 6/11/2019
**Period End:** 6/17/2019
**Pay Date:** 6/21/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09775

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $229.30 | $5,438.13 |
| Totals: | | | $229.30 | $5,438.13 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $229.30 | XXXXXXXXXX2016 |
| Total: | $229.30 | |

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 4/30/2019
**Period End:** 5/6/2019
**Pay Date:** 5/10/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09117

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $247.08 | $4,042.04 |
| Totals: | | | $247.08 | $4,042.04 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $247.08 | XXXXXXXXXX2016 |
| Total: | $247.08 | |

https://selfservice.employerondemand.com/ESS/Details.aspx                                    7/23/2019

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 5/7/2019
**Period End:** 5/13/2019
**Pay Date:** 5/17/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09231

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $217.52 | $4,259.56 |
| Totals: | | | $217.52 | $4,259.56 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $217.52 | XXXXXXXXXX2016 |
| Total: | $217.52 | |

| | | | | |
|---|---|---|---|---|
| **Employee ID:** | 00000316 | | | |
| **Name:** | James Edwards | **Company Name:** | Hungry Harvest | |
| **Address:** | 2022 68th Ave<br>Philadelphia, PA 19138 | **Company Address:** | 101 W Dickman St<br>Ste 600<br>Baltimore, MD 21230<br>(410)371-8302 | |

| | | | |
|---|---|---|---|
| **Pay Frequency:** | Weekly | **SSN:** | XXX-XX-XXXX |
| **Period Start:** | 5/14/2019 | **Federal Filing:** | Single - 0 |
| **Period End:** | 5/20/2019 | **State Filing:** | - 0 |
| **Pay Date:** | 5/24/2019 | **Check Number:** | E09340 |

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $229.16 | $4,488.72 |
| **Totals:** | | | **$229.16** | **$4,488.72** |

| Payment Methods | | Current | Account/Check No. |
|---|---|---|---|
| Direct Deposit | | $229.16 | XXXXXXXXX2016 |
| | **Total:** | **$229.16** | |

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 5/21/2019
**Period End:** 5/27/2019
**Pay Date:** 5/31/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09448

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $246.73 | $4,735.45 |
| Totals: | | | $246.73 | $4,735.45 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $246.73 | XXXXXXXXXX2016 |
| Total: | $246.73 | |

https://selfservice.employerondemand.com/ESS/Details.aspx        7/23/2019

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 5/28/2019
**Period End:** 6/3/2019
**Pay Date:** 6/7/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09557

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $238.87 | $4,974.32 |
| Totals: | | | $238.87 | $4,974.32 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $238.87 | XXXXXXXXXX2016 |
| Total: | $238.87 | |

**Employee ID:** 00000316
**Name:** James Edwards
**Address:** 2022 68th Ave
Philadelphia, PA 19138

**Company Name:** Hungry Harvest
**Company Address:** 101 W Dickman St
Ste 600
Baltimore, MD 21230
(410)371-8302

**Pay Frequency:** Weekly
**Period Start:** 6/4/2019
**Period End:** 6/10/2019
**Pay Date:** 6/14/2019

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 0
**State Filing:** - 0
**Check Number:** E09662

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Misc. Pay | $0.00 | 0.00 | $234.51 | $5,208.83 |
| Totals: | | | $234.51 | $5,208.83 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $234.51 | XXXXXXXXXX2016 |
| Total: | $234.51 | |