IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| James H. Edwards, III | : | No. 19-14211-mdc |
| Debtor | : | |
| | : | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date:7/23/19                                            /s/ Erik B. Jensen
                                                        Erik B. Jensen, Esquire
                                                        *Attorney for Debtor*