THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  : CHAPTER 13
James Edwards  : BANKRUPTCY NO.: 19-14211-mdc

### ORDER

AND NOW, this  30th  day of  July , 2019, upon consideration of the Motion of the Debtor to Continue the Automatic Stay and any responses thereto, it is hereby:

ORDERED and DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case.

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge