United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 19-14211-mdc
James H. Edwards, III                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Jul 30, 2019
                              Form ID: 309I            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
```
db         +James H. Edwards, III,    2022 68th Avenue,    Philadelphia, PA 19138-3124
ust        +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
             Philadelphia, PA 19106-2908
14351550   +Conduent Education Services,    Attn: Bankruptcy Dept.,    P.O. Box 7051,    Utica, NY 13504-7051
14351551   +ECMC Group,    111 Washington Ave South,    Suite 1400,    Minneapolis, MN 55401-6800
14351552   +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
             Lawrenceville, GA 30043-8228
14351553   +Martha Vonrosentiel,    649 South Avenue  Unit 6,    Clifton Heights, PA 19018-3541
14351554   +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
14351555   +Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
14351556   +PA Dept of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14351557    Philadelphia Parking Authority,    5th and Market,    Philadelphia, PA 19106
14364558   +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
14351559    Water Revenue Bureau,    1415 JKF Blvd.,    15th Floor,    Philadelphia, PA 19105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: akeem@jensenbagnatolaw.com Jul 31 2019 02:50:36      ERIK B. JENSEN,
             Jensen Bagnato, PC,    1500 Walnut St.,    Suite 1920,    Philadelphia, PA  19102
tr         +E-mail/Text: bncnotice@ph13trustee.com Jul 31 2019 02:51:30      WILLIAM C. MILLER, Esq.,
             Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg         E-mail/Text: megan.harper@phila.gov Jul 31 2019 02:51:19      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2019 02:51:11      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14351546   +EDI: GMACFS.COM Jul 31 2019 06:38:00      Ally Financial,    Attn: Bankruptcy Dept,
             Po Box 380901,    Bloomington, MN 55438-0901
14351547   +EDI: AGFINANCE.COM Jul 31 2019 06:38:00      American General Financial/Springleaf Fi,
             Attention: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
14351549    EDI: BANKAMER.COM Jul 31 2019 06:38:00      Bank of America,    Attn: Bankruptcy,    Po Box 982238,
             El Paso, TX 79998
14351551   +EDI: ECMC.COM Jul 31 2019 06:38:00      ECMC Group,    111 Washington Ave South,    Suite 1400,
             Minneapolis, MN 55401-6800
14362054    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 02:51:02
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg,  PA  17128-0946
14351558   +EDI: DRIV.COM Jul 31 2019 06:38:00      Santander Consumer USA,    Attn: Bankruptcy,
             Po Box 961245,    Fort Worth, TX 76161-0244
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
14351548*  +American General Financial/Springleaf Fi,    Attention: Bankruptcy,    Po Box 3251,
             Evansville, IN 47731-3251
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Keith                 Page 2 of 2           Date Rcvd: Jul 30, 2019
                              Form ID: 309I               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:

        ERIK B. JENSEN    on behalf of Debtor James H. Edwards, III akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

        REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

        TOTAL: 4

Case 19-14211-mdc   Doc 24   Filed 08/01/19   Entered 08/02/19 00:58:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James H. Edwards III** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–7877** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**  **7/1/19** |
| Case number:  **19–14211–mdc** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James H. Edwards III | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2022 68th Avenue <br> Philadelphia, PA 19138 | |
| 4. | **Debtor's attorney** <br> Name and address | ERIK B. JENSEN <br> Jensen Bagnato, PC <br> 1500 Walnut St. <br> Suite 1920 <br> Philadelphia, PA 19102 | Contact phone 215–546–4700 <br><br> Email: akeem@jensenbagnatolaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Contact phone 215–627–1377 <br><br> Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 7/30/19 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 11, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/10/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/9/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/28/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $300.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/3/19** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |