IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| James Edwards | : | No. 19-14211-mdc |
|     Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served the following on August 7, 2019 via first class regular mail:

Geico Insurance
c/o William Hahn, Esquire
PO Box 192
Millburn, NJ 07041

Mark Cinelli
2210 Old Marlton Pike
Marlton, NJ 08053

William Hahn, Esquire
Tango, Dickinson, Lotenzo, McDermoyt & McGe
75 Main Street
Po Box 192
Millburnm, NJ 07041

Date:8/7/19                                                          /s/ Erik B. Jensen
                                                                              Erik B. Jensen, Esquire
                                                                              *Attorney for Debtor*