# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 19-14211-MDC

JAMES H EDWARDS, III

2022 68TH AVENUE

PHILADELPHIA, PA 19138-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JAMES H EDWARDS, III

    2022 68TH AVENUE

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 10/3/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee