44649/19-14211

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  James H. Edwards, III : | A HEARING WILL BE HELD ON |
| Debtor : | 11/12/2019 10:30:00 AM |
| Federal National Mortgage Association ("Fannie Mae"), : | IN COURTROOM #2 |
| its successors and assigns : | 900 MARKET STREET, |
| Movant, : | PHILADELPHIA, PA 19107 |
| v. : | |
| James H. Edwards, III : | CHAPTER 13 |
| Respondent : | |
| William C. Miller, Trustee : | BANKRUPTCY NO. 19-14211 MDC |
| Additional Respondent | |
| | 11 U.S.C. §362 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Federal National Mortgage Association ("Fannie Mae"), movant herein has filed a Motion for Relief from the Automatic Stay with the court for Relief from the Automatic Stay regarding Property located at 2022 68th Avenue Philadelphia PA 19138.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 29, 2019** you or your attorney must do ALL of the following.

   (a) File an Answer explaining your position at

**UNITED STATES BANKRUPTCY COURT**
**4TH FLOOR CLERKS OFFICE**
**900 MARKET STREET**
**PHILADELPHIA, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the movant's attorney:

**MARTHA E. VON ROSENSTIEL, P.C.**
**649 SOUTH AVENUE, UNIT 6**
**SECANE PA 19018**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **HONORABLE MAGDELINE D. COLEMAN on NOVEMBER 12, 2019 AT 10:30 AM** in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Nix Building, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/14/19