44649

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: James H. Edwards, III | : | |
| Debtor(s) | : | Bky No. 19-14211 MDC |
| Federal National Mortgage Association ("Fannie Mae") | : | |
| | : | Chapter 13 |
| Movant | : | |
| James H. Edwards, III | : | |
| William C. Miller | | |
| Respondents | | |

## ORDER

AND NOW THIS 16th DAY OF December, 2019, it is hereby **ORDERED,** that the attached stipulation is **APPROVED.**

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:
Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Erik B. Jensen, Esquire
1528 Walnut Street, Suite 1401,
Philadelphia, PA 19102

James H. Edwards, III
2022 68th Avenue,
Philadelphia PA 19138