United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James H. Edwards, III  
    Debtor

Case No. 19-14211-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Dec 16, 2019  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db          +James H. Edwards, III,   2022 68th Avenue,   Philadelphia, PA 19138-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:  
        ERIK B. JENSEN    on behalf of Debtor James H. Edwards, III akeem@jensenbagnatolaw.com,  
     gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") Lorraine@mvrlaw.com,    Diane@mvrlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper  
     bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
     philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                            TOTAL: 6

44649/19-14211

44649

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: James H. Edwards, III | : | |
| Debtor(s) | : | Bky No.  19-14211 MDC |
| Federal National Mortgage Association ("Fannie Mae") | : | |
| | : | Chapter  13 |
| Movant | : | |
| James H. Edwards, III | : | |
| William C. Miller | | |
| Respondents | | |

## ORDER

AND NOW THIS  16th  DAY OF December , 2019 , it is hereby **ORDERED,** that the attached stipulation is **APPROVED.**

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:
Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Erik B. Jensen, Esquire
1528 Walnut Street, Suite 1401,
Philadelphia, PA 19102

James H. Edwards, III
2022 68th Avenue,
Philadelphia PA 19138