UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re:<br>    James H. Edwards, III<br><br>    Debtor. | Case No.: **19-14211-mdc**<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

    **PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | SN Servicing Corporation | BKNotices@snsc.com |
| | 323 5th Street | |
| 3 | Eureka, CA 95501 | |
| 4 | | |
| 5 | | |
| 6 | Dated: February 3, 2020 | By: /s/ Kathy Watson |
| | | Kathy Watson |
| 7 | | c/o SN Servicing Corporation |
| | | Bankruptcy Asset Manager |
| 8 | | 323 5th Street |
| | | Eureka, CA 95501 |
| 9 | | 800-603-0836 |
| 10 | | BKNotices@snservicing.com |

**2**
REQUEST FOR NOTICE

## CERTIFICATE OF SERVICE

On February 3, 2020, I served the foregoing documents described as Request for notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**ERIK B. JENSEN**
akeem@jensenbagnatolaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On February 3, 2020, I served the foregoing documents described as Request for notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**James H. Edwards, III**
2022 68th Avenue
Philadelphia, PA 19138

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May