IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JAMES H. EDWARDS, III | : |
| DEBTOR(S) | : BANKRUPTCY NO. 19-14211-MDC |

## ORDER

AND NOW, IT IS ORDERED that the *Order Confirming Chapter 13 Plan* entered on April 2, 2020 (Docket #71) is VACATED having been entered in error, and it is

FURTHER ORDERED that a continued Confirmation Hearing shall be held on **April 16, 2020 at 9:30 a.m. in Courtroom No. 2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

April 9, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE