## UNITED STATES BANKRUPTCY COURT

## PHILADELPHIA DIVISION

In Re:

    James H. Edwards III          Chapter: 13
                                                 Bky No.: 19-1421-mdc

    Debtor(s).

### ORDER

**AND NOW,** this ___11th___ day of _____May_____, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $435.00 already paid with a remaining balance of $3,565.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_(signature)_
_____
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
        **ERIK B. JENSEN, ESQUIRE**
        **1500 Walnut Street**
        **Suite 1920**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106