United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-14211-mdc
James H. Edwards, III                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD          Page 1 of 1            Date Rcvd: May 11, 2020
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db             +James H. Edwards, III,    2022 68th Avenue,    Philadelphia, PA 19138-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor James H. Edwards, III akeem@jensenbagnatolaw.com,
       camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") Lorraine@mvrlaw.com,   Diane@mvrlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                      TOTAL: 6

UNITED STATES BANKRUPTCY COURT

PHILADELPHIA DIVISION

In Re:

    James H. Edwards III                Chapter: 13
                                        Bky No.: 19-1421-mdc

    Debtor(s).

### ORDER

AND NOW, this **11th** day of **May**, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $435.00 already paid with a remaining balance of $3,565.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
        ERIK B. JENSEN, ESQUIRE
        1500 Walnut Street
        Suite 1920
        Philadelphia, PA   19102

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106