UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 16-24689-JAD |
| | : | CHAPTER: 13 |
| James H. Edwards, III, | : | |
| | : | **NOTICE OF APPEARANCE** |
| Debtor. | : | |
| | : | HON. JUDGE.: Magdeline D. Coleman |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation
> 1325 Franklin Avenue, Suite 230
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 17, 2020
      Garden City, New York

                                                  By: /s/ Lorraine Gazzara Doyle
                                                  Lorraine Gazzara Doyle, Esq.
                                                  FRIEDMAN VARTOLO, LLP
                                                  Attorneys for SN Servicing Corporation
                                                  1325 Franklin Avenue, Suite 230
                                                  Garden City, NY 11530
                                                  T: (212) 471-5100
                                                  F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 16-24689-JAD |
| | CHAPTER: 13 |
| James H. Edwards, III, | |
| | **NOTICE OF APPEARANCE** |
| Debtor. | |
| | HON. JUDGE.: Magdeline D. Coleman |

------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

On August 17, 2020, I served a true copy of the annexed **NOTICE OF APPEARANCE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Lorraine Gazzara Doyle

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 230

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

**S**ERVICE **L**IST

James H. Edwards, III
2022 68th Avenue
Philadelphia, PA 19138
***Debtor***

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St.
Suite 1920
Philadelphia, PA 19102
***Debtor's Attorney***

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
***Trustee***

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
***U.S. Trustee***