UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    James H. Edwards, III<br>Debtor | CASE NO.: 19-14211-mdc |
| | CHAPTER 13 |
| SN Servicing Corporation as servicer<br>for U.S. Bank Trust National<br>Association as Trustee of the Bungalow<br>Series IV Trust<br>Movant<br>v. | JUDGE: Magdeline D. Coleman |
| James H. Edwards, III<br>William C. Miller - Trustee<br>Respondents | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust dated September 18, 2020 and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 2022 68th Avenue, Philadelphia, PA 19138, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

October 8, 2020